UNITED STATES DISTRICT COURT
WESTERN        DISTRICT OF TENNESSEE
EASTERN DIVISION

Janice A Hamilton
1504 East Main Street
Savannah, Tennessee 38372
    Plaintiff,

v.                                                        Civil Action No. 05-1037

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief, and, because the United States Attorney representing the government in this matter consents to the additional time requested,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including July 20, 2005, to file Plaintiff's brief in support of her Complaint.

_____
District Court Judge

20 June 2005

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-21-05

Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service
    I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joseph Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 20th day of June, 2005.

_____
Roger Stanfield

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01037 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT