IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JANICE A. HAMILTON,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        No. 05-1037-T-An
                                       )
COMMISSIONER OF                        )
SOCIAL SECURITY,                       )
                                       )
            Defendant.                 )

---

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

---

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final

decision denying her application for benefits under the Social Security Act. On August 14,

2005, the court entered an order reversing the decision of the Commissioner and remanding

the action for further review and a new hearing pursuant to sentence four of 42 U.S.C.

406(b). Plaintiff has now filed a motion for an award of attorney fees under the Equal

Access to Justice Act, 28 U.S.C. § 2414(d) ("EAJA"). The Commissioner has responded

to the motion and concedes that Plaintiff's request for attorney fees under the EAJA in the

amount of $2,856 should be awarded.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-29-05___

Consequently, Plaintiff' motion is GRANTED.[1]

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE

---

[1] The EAJA requires a district court to "award to a prevailing party ... fees and other expenses ... incurred by that party in any civil action ..., including proceedings for judicial review of agency action, brought by or against the United States ..., unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). A party who wins a sentence-four remand order is a prevailing party for purposes of the EAJA. Shalala v. Schaefer, 509 U.S. 292, 300-02 (1993).

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in
case 1:05-CV-01037 was distributed by fax, mail, or direct printing on
December 29, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT